IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELLIOT GRODKO,** *INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,*<br>            **Plaintiffs,**<br><br>v.<br><br>**TEVA PHARMACEUTICAL INDUSTRIES LTD., et al.,**<br>            **Defendants.** | : CIVIL ACTION<br>:<br>:<br>:<br>: No. 17-3743<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

FILED
NOV 0 1 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 1st day of November, 2017, given that the Honorable Paul S. Diamond and the Honorable Gerald A. McHugh agree that the two below-listed cases are related and should be consolidated, and given that the earlier of the two cases was assigned to the Honorable Paul S. Diamond, it is hereby **ORDERED** that that:

1. The following two cases, <u>Elliot Grodko v. Teva Pharmaceutical Industries Ltd., et al.</u>, No. 2:17-cv-3743-PD, and <u>Barry Baker v. Teva Pharmaceutical Industries Ltd., et al.</u>, 2:17-cv-3902-GAM, shall be **CONSOLIDATED** before the Honorable Paul S. Diamond.

BY THE COURT:

_____
LAWRENCE F. STENGEL, C.J.