## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2018 MAY 29 P 6: 19

US DISTRICT COURT
HARTFORD CT

ELLIOT GRODKO

v.

TEVA PHARMACEUTICAL
INDUSTRIES LTD., ET AL

CASE NO. 3:18-CV-800(AWT)

:
:
:
:
:
:
:
:
:
:
:

### ORDER OF TRANSFER

In the interest of justice, the above identified case is hereby transferred to the Honorable Stefan R. Underhill.   All further pleadings or documents in this matter should be filed with the Clerk's Office in Bridgeport and bear the docket number 3:18-CV-800 (SRU).

So ordered.

Dated at Hartford, Connecticut, this 29th day of May, 2018.

/s/ Judge Alvin W. Thompson
Alvin W. Thompson
United States District Judge