**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ONTARIO TEARCHERS' PENSION PLAN BOARD, et al.,<br>        Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS INDUSTRIES, LTD., et al.,<br>        Defendants. | No. 3:17-cv-558 (SRU) |
| OZ ELS MASTER FUND LTD., et al.,<br>        Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS INDUSTRIES, LTD., et al.,<br>        Defendants. | No. 3:17-cv-1314 (SRU) |
| ROBERT W. HUELLEMEIER,<br>        Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS INDUSTRIES, LTD., et al.,<br>        Defendants. | No. 3:17-cv-1938 (SRU) |
| BARRY BAKER,<br>        Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS INDUSTRIES, LTD., et al.,<br>        Defendants. | No. 3:18-cv-798 (SRU) |

| | |
|---|---|
| ELLIOT GRODKO,<br>    Plaintiff,<br><br>    v.<br><br>TEVA PHARMACEUTICALS<br>INDUSTRIES, LTD., et al.,<br>    Defendants. | No. 3:18-cv-800 (SRU) |
| NORDEA INVESTMENT<br>MANAGEMENT AB,<br>    Plaintiff,<br><br>    v.<br><br>TEVA PHARMACEUTICALS<br>INDUSTRIES, LTD., et al.,<br>    Defendants. | No. 3:18-cv-1681 (SRU) |
| DEPARTMENT OF REVENUE, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>TEVA PHARMACEUTICALS<br>INDUSTRIES, LTD., et al.,<br>    Defendants. | No. 3:18-cv-1721 (SRU) |
| PACIFIC FUNDS SERIES TRUST, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>TEVA PHARMACEUTICALS<br>INDUSTRIES, LTD., et al.,<br>    Defendants. | No. 3:18-cv-1956 (SRU) |

| | |
|---|---|
| PUBLIC SCHOOL TEACHERS PENSION FUND AND RETIREMENT FUND OF CHICAGO,<br>    Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS INDUSTRIES, LTD., et al.,<br>    Defendants. | No. 3:19-cv-175 (SRU) |

-------------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| SCHWAB CAPITAL TRUST, et al.,<br>    Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS INDUSTRIES, LTD., et al.,<br>    Defendants. | No. 3:19-cv-192 (SRU) |

## NOTICE OF HEARING IN RELATED CASE

The court will hear argument on three Motions to Dismiss in *Ontario Teachers' Pension Plan Board, et al. v. Teva Pharmaceuticals Industries, Ltd., et al.*, 17-cv-558 (SRU) on **Tuesday, March 12, 2019 at 10:00 am** in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT. *See* 17-cv-558, Mot. to Dism., Doc. Nos. 238, 239, 240; Calendar Entry, Doc. No. 267.

Counsel and parties in the above-captioned related cases may attend the hearing if they so choose, and may do so in person and/or over the conference call line. The call-in for the conference is 888.636.3807; when prompted for the access code, dial 650 8043 followed by #. If asked whether to join the conference as the host, bypass that option by dialing #.

Dated at Bridgeport, Connecticut, this 21st day of February 2019.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge